# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CEATS, INC.,** | |
| Plaintiff, | |
| v. | 6:10-CV-120 (LED) |
| **CONTINENTAL AIRLINES, INC., et al.,** | |
| Defendants. | |

## DELTA'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Delta Air Lines, Inc. ("Delta") discloses that it does not have a parent company, and no publicly held company owns 10% or more of its stock.

Dated: July 12, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Neil J. McNabnay*
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
Britnee M. Reamy
Texas Bar No. 24053439
reamy@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**Counsel for Defendant**
**DELTA AIR LINES, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 12, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                    */s/ Neil J. McNabnay*
                                    Neil J. McNabnay