**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CEATS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **CONTINENTAL AIRLINES, INC., et al.,** <br><br> Defendants. | 6:10-CV-120 (LED) |

## JETBLUE'S FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, JetBlue Airways Corporation ("JetBlue") discloses that it does not have a parent company. JetBlue discloses that Deutsche Lufthansa AG owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 22, 2010 | Respectfully submitted, <br><br> FISH & RICHARDSON P.C. <br><br><br> By: */s/ Neil J. McNabnay* <br> Neil J. McNabnay <br> Texas Bar No. 24002583 <br> njm@fr.com <br> Britnee M. Reamy <br> Texas Bar No. 24053439 <br> bmr@fr.com <br> 1717 Main Street, Suite 5000 <br> Dallas, Texas 75201 <br> (214) 747-5070 - Telephone <br> (214) 747-2091 - Facsimile <br><br> **Counsel for Defendant** <br> **JETBLUE AIRWAYS CORPORATION** |

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 22, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/ Neil J. McNabnay*
                                          Neil J. McNabnay