**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CEATS INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:10-cv-00120-LED |
| | § | |
| v. | § | |
| | § | |
| CONTINENTAL AIRLINES, INC., et al., | § | Judge Leonard Davis |
| | § | |
| Defendants. | § | |
| | § | |

**QATAR AIRWAYS Q.C.S.C.'S FED. R. CIV. P. 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Quatar Airways Q.C.S.C. certifies that it does not have a parent company, and no publicly held company owns 10% or more of its stock.

Dated: July 30, 2010

/s/ Richard J. Oparil
Richard J. Oparil
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: roparil@pattonboggs.com

Caroline C. Maxwell
Texas Bar No. 24055341
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, Texas 75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Email: cmaxwell@pattonboggs.com

Attorneys For Defendant
Qatar Airways Q.C.S.C.

*Of Counsel:*

Scott Chambers, Ph.D.
Kevin M. Bell
PATTON BOGGS LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
Telephone: (703) 744-8000
Facsimile: (703) 744-8001
Email: schambers@pattonboggs.com
       kbell@pattonboggs.com

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Eastern District of Texas via the CM/ECF system, on this 30th day of July, 2010.

                                  /s/ Richard J. Oparil
                                  Richard J. Oparil