**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CEATS, INC.,** | |
| **Plaintiff,** | |
| **v.** | **6:10-CV-120 (LED)** |
| **CONTINENTAL AIRLINES, INC., et al.,** | |
| **Defendants.** | |

**NOTICE OF INITIAL DISCLOSURES**

Defendants Alaska Airlines, Inc.; Horizon Air Industries, Inc., d/b/a Horizon Air; All Nippon Airways Co., Ltd.; Continental Airlines, Inc.; Delta Air Lines, Inc.; United Air Lines, Inc.; and Virgin America Inc. hereby notify the Court that they have served their Initial Disclosures on all other parties as required by Federal Rule 26(e), the Local Rules of the Eastern District of Texas, and the Court's Discovery Order.

Dated:  October 29, 2010                Respectfully submitted,

FISH & RICHARDSON P.C.


By:  */s/ Britnee M. Reamy*
      Neil J. McNabnay
      Texas Bar No. 24002583
      njm@fr.com
      Britnee M. Reamy
      Texas Bar No. 24053439
      bmr@fr.com
      1717 Main Street, Suite 5000
      Dallas, Texas 75201
      (214) 747-5070 - Telephone
      (214) 747-2091 - Facsimile

**Counsel for Defendants
ALASKA AIRLINES, INC.; HORIZON AIR
INDUSTRIES, INC.; ALL NIPPON
AIRWAYS CO., LTD.; CONTINENTAL
AIRLINES, INC.; DELTA AIR LINES,
INC.; UNITED AIR LINES, INC.; and
VIRGIN AMERICA INC.**


## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 29, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


                    */s/ Britnee M. Reamy*
                         Britnee M. Reamy