IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CEATS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES, INC. et al.,<br><br>Defendants. | CIVIL ACTION NO. 6:10-cv-120 LED<br><br>JURY TRIAL DEMANDED |

## US AIRWAYS' FED. R. CIV. P. 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant US Airways, Inc. ("US Airways") discloses that US Airways Group, Inc. is the parent corporation of US Airways, Inc. and owns 100% of US Airways, Inc.'s stock.

Dated: November 29, 2010

Respectfully submitted,

FISH & RICHARDSON P.C.


By: */s/ Neil J. McNabnay*
 Neil J. McNabnay
 Texas Bar No. 24002583
 njm@fr.com
 Britnee M. Reamy
 Texas Bar No. 24053439
 bmr@fr.com
 1717 Main Street, Suite 5000
 Dallas, Texas 75201
 (214) 747-5070 (Telephone)
 (214) 747-2091 (Facsimile)

 **Counsel for Defendant**
 **US AIRWAYS, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 29, 2010, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                            */s/ Neil J. McNabnay*
                                            Neil J. McNabnay