IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CEATS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL AIRLINES, INC., et al., <br><br> Defendants. | Civil Action No. 6:10-cv-120-LED |

**DEFENDANTS' EXPEDITED MOTION FOR ISSUANCE OF LETTER ROGATORY**

Pursuant to the Court's November 29, 2011 Order [Dkt. 711], Defendants re-submit this motion for issuance of letter rogatory, revised to limit the requested discovery to the public availability and technical operation of Amadeus IT Group's 1a-Res system.

Dated: November 30, 2011

Respectfully submitted,

FISH & RICHARDSON P.C.

By: */s/ Carl E. Bruce*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
Carl E. Bruce
ceb@fr.com
Texas Bar No. 24036278
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 – Facsimile

John S. Goetz
goetz@fr.com
Fish & Richardson P.C.
601 Lexington Avenue, Floor 52
New York, NY 10022

Karen Yeh
yeh@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Lauren Murphy Pringle
pringle@fr.com
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 778-8474 – Telephone
(302) 652-5070 – Facsimile

**COUNSEL FOR DEFENDANTS**
**CONTINENTAL AIRLINES, INC.;**
**DELTA AIR LINES, INC.;**
**LIVE NATION WORLDWIDE, INC.,**
**TICKETMASTER, LLC,**
**TICKETSNOW.COM, INC.;**
**TNOW ENTERTAINMENT GROUP, INC.;**
**UNITED AIRLINES, INC.;**
**US AIRWAYS, INC.; AND**
**VIRGIN AMERICA INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 30, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Carl E. Bruce*
Carl E. Bruce