IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| CEATS, INC., | ) |
|---|---|
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:10-cv-120 LED ) |
| CONTINENTAL AIRLINES, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

## VERDICT FORM

In answering these questions, you are to follow the instructions I have given you in the Charge of Court.

QUESTION NO. 1: Did CEATS prove by a preponderance of the evidence that any of the Defendants directly or indirectly infringe the listed Claims?

**Check "Yes" or "No" as to whether <u>Ticketmaster</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes  ☐ No |
| '866 patent, Claim 8 | ☑ Yes  ☐ No |
| '869 patent, Claim 5 | ☑ Yes  ☐ No |

**Check "Yes" or "No" as to whether <u>Live Nation</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes ☐ No |
| '866 patent, Claim 8 | ☑ Yes ☐ No |
| '869 patent, Claim 5 | ☑ Yes ☐ No |

**Check "Yes" or "No" as to whether <u>TicketsNow</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '869 patent, Claim 5 | ☑ Yes ☐ No |

**Check "Yes" or "No" as to whether <u>Jet Blue</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes ☐ No |
| '866 patent, Claim 8 | ☑ Yes ☐ No |
| '728 patent, Claim 8 | ☑ Yes ☐ No |

**Check "Yes" or "No" as to whether <u>AirTran</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes   ☐ No |
| '866 patent, Claim 8 | ☑ Yes   ☐ No |
| '728 patent, Claim 8 | ☑ Yes   ☐ No |

**Check "Yes" or "No" as to whether <u>Alaska</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes   ☐ No |
| '866 patent, Claim 8 | ☑ Yes   ☐ No |
| '728 patent, Claim 8 | ☑ Yes   ☐ No |

**Check "Yes" or "No" as to whether <u>Continental</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes   ☐ No |
| '866 patent, Claim 8 | ☑ Yes   ☐ No |
| '728 patent, Claim 8 | ☑ Yes   ☐ No |

**Check "Yes" or "No" as to whether <u>Delta</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes  ☐ No |
| '866 patent, Claim 8 | ☑ Yes  ☐ No |
| '728 patent, Claim 8 | ☑ Yes  ☐ No |

**Check "Yes" or "No" as to whether <u>United</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes  ☐ No |
| '866 patent, Claim 8 | ☑ Yes  ☐ No |
| '728 patent, Claim 8 | ☑ Yes  ☐ No |

**Check "Yes" or "No" as to whether <u>US Airways</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes  ☐ No |
| '866 patent, Claim 8 | ☑ Yes  ☐ No |
| '728 patent, Claim 8 | ☑ Yes  ☐ No |

- 5 -

**Check "Yes" or "No" as to whether <u>Virgin America</u> directly or indirectly infringes:**

|  | Infringement |
|---|---|
| '361 patent, Claim 1 | ☑ Yes   ☐ No |
| '866 patent, Claim 8 | ☑ Yes   ☐ No |
| '728 patent, Claim 8 | ☑ Yes   ☐ No |

QUESTION NO. 2: Did Defendants prove by clear and convincing evidence that any of the following Claims are invalid for any of the following reasons?

**Check "Yes" or "No" as to whether you find the Claim invalid. Answer for each Claim regardless of whether you have found those Claims were infringed.**

|  | Anticipation | Obviousness |
|---|---|---|
| '361 patent, Claim 1 | ☑ Yes  ☐ No | ☑ Yes  ☐ No |
| '866 patent, Claim 8 | ☑ Yes  ☐ No | ☑ Yes  ☐ No |
| '869 patent, Claim 5 | ☑ Yes  ☐ No | ☑ Yes  ☐ No |
| '728 patent, Claim 8 | ☑ Yes  ☐ No | ☑ Yes  ☐ No |

QUESTION NO. 3: **ANSWER THIS QUESTION ONLY FOR THE CLAIMS YOU FOUND INFRINGED AND NOT INVALID:**

For each Defendant, what sum of money do you find from a preponderance of the evidence would fairly and reasonably compensate CEATS for each Defendant's infringement of the patent Claims that you have found were infringed through the time of trial?

| Defendant | Amount |
|---|---|
| Ticketmaster/Live Nation | $_____ |
| TicketsNow | $_____ |
| JetBlue | $_____ |
| AirTran | $_____ |
| Alaska | $_____ |
| Continental | $_____ |
| Delta | $_____ |
| United | $_____ |
| US Airways | $_____ |
| Virgin America | $_____ |

Signed this __21__ day of March 2012

_____
Jury Foreperson